UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BASHIR ALHALEMI,
                              Plaintiff,

                  -against-                        24 Civ. 6975 (LGS)

                                                    ORDER
CITY UNIVERSITY OF NEW YORK,
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on December 5, 2024, Defendant appeared in this action;

       WHEREAS, the initial pretrial conference in this matter is scheduled for December 18, 2024.  It is hereby

       **ORDERED** that the December 18, 2024, initial pretrial conference is **ADJOURNED** to **January 15, 2025, at 4:10 P.M**.  The conference will be telephonic and will be held on conference line (855) 244-8681, access code: 23111938649.  The parties shall file their proposed Civil Case Management Plan and Joint Letter by **January 8, 2025**.

Dated: December 12, 2024
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE