UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BASHIR ALHALEMI,

                      Plaintiff(s),

        -against-

CITY UNIVERSITY OF NEW YORK,

                    Defendant(s).
------------------------------------------------------------X

24  Civ. 6975  (LGS)

ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE

LORNA G. SCHOFIELD, District Judge:

The above entitled action is referred to the Hon. Robyn F. Tarnofsky United States Magistrate Judge, for the following purpose(s):

\_\_\_\_\_ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

✔ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

\_\_\_\_\_ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

\_\_\_\_\_ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

\_\_\_\_\_ HABEAS CORPUS

\_\_\_\_\_ INQUEST AFTER DEFAULT / DAMAGES HEARING

\_\_\_\_\_ SOCIAL SECURITY

\_\_\_\_\_ SETTLEMENT

\_\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

\_\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF

_____

_____

\_\_\_\_\_ JURY SELECTION

SO ORDERED.

Dated: January 10, 2025
       New York, New York

The initial pretrial conference scheduled for January 15, 2025, is **ADJOURNED** sine die pending rescheduling by Judge Tarnofsky.

* Do not check if already referred for General Pre-Trial.

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**