UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bashir Alhalemi,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>City University of New York,<br><br>　　　　　　Defendant. | 24cv06975 (LGS)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for **Wednesday, January 15, 2025 at 10:00 am.** The parties should be prepared to discuss the status of the case. The Plaintiff and Counsel for Defendant are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 566 757 066#.

DATED:  January 13, 2025
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge