UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bashir Alhalemi,
Plaintiff,
V.
City University of New York,
Defendant.

Civil Action No.: 1:24-CV-06975-LGS-RFT

January 13, 2025

Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Request to Reschedule Initial Pretrial Conference

Dear Judge Tarnofsky:

I am the pro se plaintiff in the above-referenced matter. The Court has scheduled a telephonic initial pretrial conference for Wednesday, January 15, 2025, at 10:00 AM. Due to a scheduling conflict, I respectfully request that the time of the conference be rescheduled.

I am available at 2:00 PM on January 15, 2025. I have notified Counsel for Defendant and they consent to the proposed rescheduling.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Bashir Alhalemi

Bashir Alhalemi

2317 Pacific Street

Brooklyn, NY 11233

[bashiralhalmi91@gmail.com](mailto:bashiralhalmi91@gmail.com)

917-653-7678