UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BASHIR ALHALEMI,<br><br>               Plaintiff,<br><br>-against-<br><br>CITY UNIVERSITY OF NEW YORK,<br><br>               Defendant. | 24-cv-06975 (LGS) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A telephonic status conference is scheduled for **March 27, 2025, at 12:00 PM.** The parties should be prepared to discuss the status of the case. Plaintiff and counsel for Defendant are directed to join the conference at the scheduled time by dialing (646) 453-4442, Access Code: 849 884 255 #.

DATED:  March 19, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge