UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bashir Alhalemi,<br>     Plaintiff,<br><br> -against-<br>City University of New York,<br><br>     Defendant. | 24cv06975 (LGS) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  At the conference held today, Plaintiff indicated that he wishes to amend his complaint as of right. Accordingly, the current briefing schedule on the pending motion to dismiss the complaint is set aside. Plaintiff's amended complaint shall be filed by **April 23, 2025.** If Plaintiff files an amended complaint by that date, Defendant's anticipated motion to dismiss shall be due **21 days** after the filing of Plaintiff's amended complaint; Plaintiff's opposition to that motion to dismiss shall be due by **30 days** after the filing of a motion to dismiss the amended complaint; Defendant's reply in further support and any motion to stay discovery shall be due by **21 days** after the filing of Plaintiff's opposition to a motion to dismiss the amended complaint; and if Defendant moves to stay discovery, Plaintiff's opposition, if any, is due by **14 days** after Defendant's motion to stay. If Plaintiff does not file an amended complaint by **April 23, 2025,** Defendant's reply in further support of the motion to dismiss the complaint and any motion to stay discovery shall be due by **May 2, 2025**; and if Defendant moves to stay discovery, Plaintiff's opposition shall be due by **May 16, 2025.**

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

DATED: April 2, 2025
     New York, NY