UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bashir Alhalemi,
Plaintiff,
V.
City University of New York,
Defendant.

Civil Action No.: 1:24-CV-06975-LGS-RFT

April 23, 2025

Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Withdrawal of Plaintiff's Opposition to Defendant's Motion to Dismiss

Dear Judge Tarnofsky:

Pursuant to the discussion at the April 2, 2025 status conference, I respectfully withdraw my previously filed memorandum of law in opposition to Defendant's motion to dismiss.

In light of the Court's guidance and because Defendant has not yet filed a responsive pleading, I am exercising my right under Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure to amend the complaint as of right. Enclosed with this letter is my amended complaint.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Bashir Alhalemi

Bashir Alhalemi

2317 Pacific Street

Brooklyn, NY 11233

bashiralhalmi91@gmail.com

917-653-7678