UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BASHIR ALHALEMI,                                            :
                                                            :
                              Plaintiff,                    :    24 Civ. 6975 (LGS)
              -against-                                     :
                                                            :    ORDER
CITY UNIVERSITY OF NEW YORK,                                :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 18, 2024, Plaintiff moved for leave to file an Amended Complaint;

WHEREAS, on January 10, 2025, the matter was referred to Magistrate Judge Robyn F. Tarnofsky;

WHEREAS, on March 25, 2025, Defendant filed its motion to dismiss the original Complaint;

WHEREAS, on April 2, 2025, Judge Tarnofsky granted Plaintiff's request to file an Amended Complaint as of right;

WHEREAS, on April 23, 2025, Plaintiff filed his Amended Complaint;

WHEREAS, on May 5, 2025, Judge Tarnofsky issued a Report and Recommendation (the "Report") recommending that Plaintiff's motion to amend his Complaint and Defendant's motion to dismiss the Complaint be denied as moot because Plaintiff filed his Amended Complaint;

WHEREAS, as stated in Judge Tarnofsky's Report, the deadline for filing any objections was fourteen days from service of the Report;

WHEREAS, no objections were timely filed;

WHEREAS, in reviewing a magistrate judge's report and recommendation, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Kuan v. Notoriety Grp. LLC*, No. 22 Civ. 1583, 2023 WL 3936749, at *1 (S.D.N.Y. June 9, 2023);

WHEREAS, the Court finds no clear error on the face of the record as to Judge Tarnofsky's Report. It is hereby

**ORDERED and ADJUDGED** that the Report is **ADOPTED**. Plaintiff's motion to amend his Complaint is **DENIED** as moot. Defendant's motion to dismiss the Complaint is also **DENIED** as moot.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 12 and 37.

Dated: July 29, 2025
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2