UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BASHIR ALHALEMI,<br><br>                Plaintiff,<br><br>  -against-<br><br>CITY UNIVERSITY OF NEW YORK,<br><br>                Defendant. | 24-cv-06975 (LGS) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A telephonic status conference was originally scheduled for September 12, 2025, at 4:00PM. Counsel for Defendant informed the Court of a scheduling conflict (ECF 59) and requested, on consent of Pro Se Plaintiff, an adjournment of the telephonic status conference. The request is GRANTED.

      The telephonic status conference is rescheduled for **September 22, 2025, at 3:00 PM.** The parties should be prepared to discuss the status of the case. Plaintiff and counsel for Defendant are directed to join the conference at the scheduled time by dialing (646) 453-4442, Access Code: **500 281 852#.**

      The Clerk of Court is respectfully requested to terminate ECF 59.

DATED:  September 10, 2025
             New York, NY

                                                                SO ORDERED.

                                                                  **ROBYN F. TARNOFSKY**
                                                                United States Magistrate Judge