UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BASHIR ALHALEMI,<br><br>     Plaintiff,<br><br> -against-<br><br>CITY UNIVERSITY OF NEW YORK,<br><br>     Defendant. | 24-cv-06975 (LGS) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic status conference is scheduled for **December 18, 2025, at 10:30 AM.** The parties should be prepared to discuss the status of the case. Plaintiff and counsel for Defendant are directed to join the conference at the scheduled time by dialing (646) 453-4442, Access Code: 511 807 792#.

DATED:  December 10, 2025
    New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge