UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BASHIR ALHALEMI,

               Plaintiff,

   -against-

CITY UNIVERSITY OF NEW YORK,

               Defendant.

24-cv-06975 (LGS) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for **Friday, January 2, 2026 at 11:00 AM.** The parties should be prepared to discuss the status of the case. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 511 807 792#.

The Clerk of Court is respectfully requested to grant ECF 68.

DATED:  December 15, 2025
         New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge