UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BASHIR ALHALEMI,<br><br>              Plaintiff,<br><br>-against-<br><br>CITY UNIVERSITY OF NEW YORK,<br><br>              Defendant. | 24-cv-06975 (LGS) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on January 7, 2026, discovery in this matter is

**STAYED** on consent of the parties until a decision on the pending motion to dismiss (ECF 46).

DATED:  January 7, 2026
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge