UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BASHIR ALHALEMI,<br><br>                    Plaintiff,<br><br>     -against-<br><br>CITY UNIVERSITY OF NEW YORK,<br><br>                    Defendant. | 24-cv-06975 (LGS) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendant's motion to dismiss has been granted in part and denied in part. (ECF 76.)

Accordingly, the stay of discovery on consent (ECF 72) is lifted. Discovery shall be completed by

**May 15, 2026**. The parties shall file joint updates on the status of discovery on the first business

day of each month, beginning on **April 1, 2026** and continuing until discovery is complete. A

separate mediation order will be issued.

DATED:  March 27, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge