UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BASHIR ALHALEMI,<br><br>               Plaintiff,<br><br>   -against-<br><br>CITY UNIVERSITY OF NEW YORK,<br><br>              Defendant. | 24-cv-06975 (LGS) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On March 27, 2026, I ordered the parties to file an update on the status of discovery on the first business day of each month, beginning April 1, 2026. (*See* ECF 77.) The parties have not complied.

Accordingly, I am nunc pro tunc extending the deadline for the parties to file their first joint status update until **April 8, 2026.**

DATED:  April 6, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge